**Electronically Filed
Supreme Court
SCPW-21-0000549
27-OCT-2021
01:44 PM
Dkt. 6 ODDP**

SCPW-21-0000549

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

BETTY SKILES, Petitioner,

vs.

DAVID Y. IGE, Governor, State of Hawaiʻi, Respondent.

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Betty Skiles's petition for writ of mandamus, filed on October 8, 2021, the supporting documents, and the record, the issue presented in the petition does not warrant this court's intervention by way of an extraordinary writ, and petitioner has alternative means to seek relief, including seeking relief in the circuit court as provided by law. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action); Barnett v. Broderick, 84 Hawaiʻi 109, 111, 929 P.2d 1359, 1361 (1996) (with respect to a public official, mandamus

relief is available to compel an official to perform a duty allegedly owed to an individual only if the individual's claim is clear and certain, the official's duty is ministerial and so plainly prescribed as to be free from doubt, and no other remedy is available).  Accordingly,

It is ordered that the petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, October 27, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Michael D. Wilson

/s/ Todd E. Eddins